IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TIMMY GOODWIN,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**THOMAS CARROLL**, Warden )<br>and **CARL C. DANBERG**, Attorney )<br>General for the State of Delaware )<br>)<br>Respondents. ) | Civ.Act.No. 06-498-KAJ |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Timmy Goodwin, has applied for federal habeas relief, alleging ineffective assistance of counsel and violations of his right to a fair trial. D.I. 2. By the terms of the Court's order, the answer is due to be filed on October 30, 2006.

2. Counsel has been, and continues to be, diligently working on numerous cases before this Court and the state courts. However, due to the one vacancy currently in the Appeals Division, the workload for the remaining attorneys has greatly increased. Counsel is doing his best to prioritize cases by date received. Further, the Chief of the Appeals Division must review all filings prior to submission and has been unable to do so. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3.     Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4.     This is respondents' first request for an extension of time in this case.

5.     Respondents submit that an extension of time to and including November 10, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: October 30, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that I attempted to contact counsel for petitioner to ascertain his position on the motion, but was unable to do so.

/s/ James T. Wakley
Deputy Attorney General

Counsel for Respondents

Date: October 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, I electronically filed the attached documents with the Clerk of Court using CM/ECF.

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date: October 30, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TIMMY GOODWIN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-498-KAJ |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2006,

    WHEREAS, respondents having requested an extension of time in which to file an answer, and

    WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

    IT IS HEREBY ORDERED that respondents' answer shall be filed on or before November 10, 2006.

_____
United States District Judge