IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMMY GOODWIN,           ) | |
| ) | |
| Petitioner.           ) | |
| ) | |
| v.           ) | Civ.Act.No. 06-498-KAJ |
| ) | |
| THOMAS CARROLL, Warden           ) | |
| and CARL C. DANBERG, Attorney           ) | |
| General for the State of Delaware           ) | |
| ) | |
| Respondents.           ) | |

**ORDER**

This 31st day of Oct, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before November 10, 2006.

United States District Judge