IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TIMMY GOODWIN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-498-KAJ |
| ) | |
| **RICHARD KEARNEY**, Warden ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1.  The petitioner, Timmy Goodwin, has applied for federal habeas relief, alleging ineffective assistance of counsel and violations of his right to a fair trial. D.I. 2. The undersigned filed an answer to the petition on November 13, 2006.

2.  By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.  Due to the large volume of record retrieval recently required by prosecutors in the appeals division and the age of the case, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before December 8, 2006.

      4.      Respondents submit that an extension of time to December 8, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ James T. Wakley  
Deputy Attorney General  
Department of Justice  
820 N. French Street  
Wilmington, DE 19801  
(302) 577-8500  
Del. Bar. ID No. 4612  

DATE: November 13, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have contacted opposing counsel and he has consented to the extension of time.

/s/ James T. Wakley<br>
Deputy Attorney General

Date: November 13, 2006                                      Counsel for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed the attached documents with the Clerk of Court using CM/ECF.

                                                /s/ James T. Wakley  
                                                Deputy Attorney General  
                                                Department of Justice  
                                                820 N. French Street  
                                                Wilmington, DE 19801  
                                                (302) 577-8500  
                                                Del. Bar. ID No. 4612  
Date:  November 13, 2006                     james.wakley@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TIMMY GOODWIN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-498-KAJ |
| | ) | |
| **RICHARD KEARNEY**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before December 8, 2006.

_____
United States District Judge