## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TIMMY GOODWIN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-498-KAJ |
| ) | |
| **RICHARD KEARNEY**, Warden ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

## ORDER

This __14th__ day of __Nov._____, 2006,

    WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

    WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

    IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before December 8, 2006.

_____
United States District Judge