## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TIMMY GOODWIN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-498-KAJ |
| | ) | |
| **RICHARD KEARNEY**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF FILING
## OF STATE COURT RECORDS

1.    Notice is hereby given that certified copies of the following Delaware state

court documents have been manually filed with the Court and are available in paper form

only:

a. Superior Court Criminal Docket No. 87004954DI

b. November 14, 1990 Motion *in Limine*

c. December 5, 1990 State's Response to Motion *in Limine*

d. December 7, 1990 letter

e. February 1990 Motion for Postconviction Relief

f. Defendant's Opening Brief in Support of Motion for Postconviction Relief

g. Defendant's Appendix in Support of Motion for Postconviction Relief

h. State's Response to Motion for Postconviction relief

i. June 13, 1996 Order (ID #87004954DI)

j. Appellant's Opening Brief (No. 267, 1988)

k. State's Answering Brief (No. 267, 1988)

l. Appellant's Reply Brief (No. 267, 1988)

m. December 20, 1989 Order (267, 1988)

n. Appellant's Opening Brief (No. 111, 1991)

o. State's Answering Brief (No. 111, 1991)

p. February 22, 1992 Order (111, 1991)

q. Appellant's Opening Brief and Appendix (No. 297, 1996)

r. State's Answering Brief and Appendix (No. 297, 1996)

s. December 12, 1996 Order (297, 1996)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500

DATE: December 5, 2006                                    Del. Bar. ID No. 4612

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed a notice of filing

of state court records with the Clerk of Court using CM/ECF and manually filed the state

court records referenced therein.  I also certify that on December 5, 2006, I have caused

one copy of the documents referenced therein to be hand delivered to:

Leo John Ramunno
1205 N. King Street
Wilmington, DE 19801

                                                    /s/ James T. Wakley
                                                    Deputy Attorney General
                                                    Department of Justice
                                                    820 N. French Street
                                                    Wilmington, DE 19801
                                                    (302) 577-8500
                                                    Del. Bar. ID No. 4612

December 5, 2006